tion for Information Services and National Rifle Association of America for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 92–948. PHELPS *v.* CARLSON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 92–5850. MAHARAJ *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. JUSTICE BLACKMUN would grant certiorari limited to Question 3 presented by the petition.

No. 92–5862. FAULKENBERRY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 91–2044. LEE *v.* CALIFORNIA, *ante,* p. 972;

No. 91–8369. BANKS *v.* SAN DIEGO COUNTY ET AL., *ante,* p. 840;

No. 91–8640. WALKER *v.* SECRETARY OF THE TREASURY, INTERNAL REVENUE SERVICE, *ante,* p. 853;

No. 91–8725. BELL *v.* BAKER, WARDEN, *ante,* p. 984;

No. 92–5028. BENNETT *v.* GEORGIA, *ante,* p. 957;

No. 92–5049. THOMPSON *v.* UNITED STATES, *ante,* p. 934;

No. 92–5099. THOMAS *v.* TENNEY ENGINEERING INC. ET AL., *ante,* p. 879;

No. 92–5124. SCHURR *v.* CHASE HOME MORTGAGE, *ante,* p. 881;

No. 92–5168. JONES *v.* DEPARTMENT OF THE AIR FORCE ET AL., *ante,* p. 883;

No. 92–5216. MERIT *v.* UNITED STATES, *ante,* p. 885;

No. 92–5236. MASON *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, *ante,* p. 886;

No. 92–5295. FLORES *v.* UNITED STATES, *ante,* p. 976;

No. 92–5487. WABEKE *v.* MAATMAN ET AL., *ante,* p. 899;

No. 92–5517. LOMBARDO *v.* UNITED STATES, *ante,* p. 900;

No. 92–5519. LEWIS *v.* UNITED STATES, *ante,* p. 942;

No. 92–5728. BENNETT *v.* VIRGINIA, *ante,* p. 958;

No. 92–5765. SPEARMAN v. COLLINS, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,
*ante*, p. 959;

No. 92–5802. KOLOCOTRONIS v. HOLCOMB, SUPERINTENDENT,
FULTON STATE HOSPITAL, *ante*, p. 960;

No. 92–5817. MASON v. MUNICIPAL CORPORATION OF CALIFOR-
NIA ET AL., *ante*, p. 961;

No. 92–5933. WIGLEY v. COLLINS, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.,
*ante*, p. 987;

No. 92–5934. WIGLEY v. ALFRED HUGHES UNIT, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,
ET AL., *ante*, p. 988;

No. 92–5972. SPEARMAN v. GARNER, *ante*, p. 963;

No. 92–5978. IN RE LITZENBERG, *ante*, p. 952;

No. 92–5994. CRAWFORD v. UNITED STATES, *ante*, p. 963;

No. 92–6019. FARLEY v. LOVE, WARDEN, ET AL., *ante*, p. 978;

No. 92–6103. IN RE WASKO, *ante*, p. 952; and

No. 92–6181. TEMPLEMAN v. UNITED STATES, *ante*, p. 980.
Petitions for rehearing denied.

No. 91–1935. KOSTELLO ET AL. v. WASHINGTON, *ante*, p. 823.
Motion of petitioners for leave to proceed further herein *in forma
pauperis* granted. Petition for rehearing denied.

JANUARY 12, 1993

No. 92–6246. BROWN v. POWELL, COMMISSIONER, NEW HAMP-
SHIRE DEPARTMENT OF CORRECTIONS, ET AL. C. A. 1st Cir.
Certiorari dismissed under this Court's Rule 46.